UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lesbia Maribel Perez Agustin,

                    Petitioner,

        -against-

William JOYCE, Acting New York Field Office
Director, Immigration and Customs Enforcement,
U.S. Department of Homeland Security; Kristi
NOEM, Secretary, U.S. Department of Homeland
Security; Pamela BONDI, U.S. Attorney General,

                    Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/8/2025____

25 Civ. 10122 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Petitioner's application for a writ of habeas corpus under 22 U.S.C. § 2241. Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

        SO ORDERED.

Dated: December 8, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge